| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Turner Henningsen Wolf & Vandenberg, LLP**<br>**707 Wilshire Blvd Ste 3700**<br>**Los Angeles, CA 90017**<br>TELEPHONE NO.: **310-686-7247** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Lisa Marie Avetisyan Holm** | ***FOR COURT USE ONLY*** |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: **255 East Temple St.**<br>MAILING ADDRESS: **255 East Temple St.**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **Lisa Marie Avetisyan Holm**<br>DEFENDANT/RESPONDENT: **POSTECH FASHION INC** | CASE NUMBER:<br>**2:26-cv-11746-CAS-DMK** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**Chicme** |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**NOTICE TO COUNSEL; SUMMONS; NOTICE TO PARTIES; NOTICE OF ASSIGNMENT; CIVIL COVER SHEET; COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served):*
**POSTECH FASHION INC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
**Michael Xu, person authorized to accept for POSTECH FASHION INC.**

4. Address where the party was served:
**802 N West St, Suite 105, Wilmington, DE 19801-1526**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/27/2026** at *(time):* **1:29 PM**
**Michael Xu**
**I delivered the documents to Michael Xu who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.**

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: Lisa Marie Avetisyan Holm | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: POSTECH FASHION INC | 2:26-cv-11746-CAS-DMK |

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The “Notice to the Person Served” (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **POSTECH FASHION INC**

under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: **Nina Fullwood**
b. Address: **185 Fairhill Drive, Wilmington, DE 19808**
c. Telephone number:
d. The fee for service was: **$ 120.00**
e. I am:

(1) ☒ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor. For:

(ii) ☐ Registration No.: Registration #:

(iii) ☐ County: County:

**BY FAX**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 10/27/2026

**Nina Fullwood**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)